```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


DAMIEN RIVERO,                    )   3:08-CV-00286-ECR-RAM
                                  )
     Plaintiff,                   )   MINUTES OF THE COURT
                                  )
vs.                               )   DATE: August 26, 2009
                                  )
E. K. McDANIEL, et al.,           )
                                  )
     Defendants.                  )
                                  )
_____)

PRESENT:      EDWARD C. REED, JR.              U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

    On July 17, 2009, the Magistrate Judge filed a Report and Recommendation (#23) recommending that Plaintiff's Motion for Temporary Restraining Order (#4) be denied.  No objections were filed to the Report and Recommendation (#23).  The Report and Recommendation (#23) appears to be well taken.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#23) is **APPROVED** and **ADOPTED**.  Plaintiff has failed to demonstrate probable success on the merits for irreparable injury.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order (#4) is **DENIED**.

                                        LANCE S. WILSON, CLERK

                                        By      /s/
                                                 Deputy Clerk